| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Oliver Jr., Solomon | 2. Court or Organization<br><br>U.S. District Court | 3. Date of Report<br><br>5/12/04 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br><br>○ Initial  ◉ Annual  ○ Final | 6. Reporting Period<br><br>1/1/03<br>to<br>12/31/03 |
| 7. Chambers or Office Address<br><br>Carl B. Stokes US Court House<br><br>801 West Superior Avenue<br><br>Cleveland, OH  44113-1838 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | College of Wooster |
| 2. Secretary and Council Member | American Bar Association Council of the Section of Legal Education and Admissions to the Bar |
| 3. Committee Member | Multi-State Bar Exam Evidence Drafting Committee, National Conference of Bar Examiners |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. * | Future Ohio State Teacher's Retirement System pension based on 12 years of service at age 60 for an estimated $23,000, if I do not withdraw my contributions (no |
| 2. | control). |

RECEIVED May 17 1 31 PM '04 FINANCIAL DISCLOSURE OFFICE

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 5/12/04 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | Evidence Drafting Committee Multi-State Bar Examination, Meetings on 5/15 and 10/9 | $6,000.00 |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | ABA Council of the Section of Legal Education and Admissions to the Bar | Seattle, WA (2/7-9); Miami Beach, FL (6/5-8); Venice, Italy (6/17-20); San Francisco, CA (8/6-10); Portland, OR (12/5-6) |
| 2. | National Conference of Bar Examiners | Halifax, Nova Scotia, Canada (5/15-18); Santa Fe, NM (10/9-13); (MBE Evidence Drafting Committee Meeting) |
| 3. | University of Baltimore | Baltimore, MD (4/25-26) |
| 4. | | (Travel, lodging, food in conjunction with meetings and conferences). |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 5/12/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T common | A | Dividend | J | T | | | | | |
| 2. Bell South common | A | Dividend | K | T | | | | | |
| 3. Bristol Meyers common | A | Dividend | K | T | | | | | |
| 4. Coca Cola common | A | Dividend | K | T | | | | | |
| 5. Dean Witter Discovery common | A | Dividend | K | T | | | | | |
| 6. Ford common | A | Dividend | J | T | | | | | |
| 7. General Electric common | A | Dividend | K | T | | | | | |
| 8. BF Goodrich common | A | Dividend | J | T | | | | | |
| 9. Goodyear common | A | Dividend | J | T | | | | | |
| 10. Heinz common | A | Dividend | J | T | | | | | |
| 11. Home Depot common | A | Dividend | K | T | | | | | |
| 12. May Co. common | A | Dividend | J | T | | | | | |
| 13. MCI World Com Inc. | A | Dividend | J | T | | | | | |
| 14. Merck common | A | Dividend | K | T | | | | | |
| 15. Nike common | A | Dividend | K | T | | | | | |
| 16. SBC | A | Dividend | J | T | | | | | |
| 17. Sears common | A | Dividend | J | T | | | | | |
| 18. Liberty Media Corporation Class A | A | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 5/12/04 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. USX Marathon common | A | Dividend | J | T | | | | | |
| 20. WalMart common | A | Dividend | K | T | | | | | |
| 21. Putnam Global Growth | A | Dividend | K | T | | | | | |
| 22. 20th Cent. Select | A | Dividend | K | T | | | | | |
| 23. Fidelity Ohio Tax Free | A | Interest | J | T | | | | | |
| 24. 20th Cent. Growth IRA | B | Dividend | K | T | | | | | |
| 25. 20th Cent. Select IRA | B | Dividend | K | T | | | | | |
| 26. 20th Cent. Select IRA | B | Dividend | J | T | | | | | |
| 27. Fidelity Puritan Keogh | A | Dividend | K | T | | | | | |
| 28. CREF stock-403(b) | D | Dividend | N | T | | | | | |
| 29. TIAA Annuity-403(b) | D | Interest | M | T | | | | | |
| 30. Ohio Savings Bank | A | Interest | K | T | | | | | |
| 31. Ohio Savings Bank | A | None | J | T | | | | | |
| 32. Scudder International Fund | A | Dividend | J | T | | | | | |
| 33. Vodaphone | A | None | J | T | | | | | |
| 34. Pepsico | A | Dividend | K | T | | | | | |
| 35. Allstate | A | Dividend | J | T | | | | | |
| 36. Lucent Technology | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Oliver Jr., Solomon | 5/12/04 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Tricontinental Global | A | Dividend | J | T | | | | | |
| 38. Citicorp | A | Dividend | J | T | | | | | |
| 39. Oliver Enterprises LLC, dba Baskin Robbins | A | None | J | T | | | | | |
| 40. Resource Careers, Inc. 401K | B | Dividend | J | T | | | | | |
| 41. Avaya | A | None | J | T | | | | | |
| 42. Cisco | A | None | J | T | | | | | |
| 43. AT&T Wireless | A | None | J | T | | | | | |
| 44. Zimmer | A | None | J | T | | | | | |
| 45. Lowes | A | Dividend | J | T | | | | | |
| 46. Pfizer | A | Dividend | J | T | | | | | |
| 47. Charter One Bank | A | Interest | J | T | Redemption | 3-8 | J | A | |
| 48. Charter One Bank | A | Interest | L | T | | | | | |
| 49. Charter One Bank | A | Interest | J | T | Buy | 3-8 | J | | |
| 50. Medcohealth | A | Dividend | J | T | Spinoff | 8-20 | J | | |
| 51. Comcast | A | Dividend | J | T | Spinoff | 11-22 | J | | |
| 52. Intel | A | Dividend | K | T | Buy | 2-28 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

Section VII.

50.  Medcohealth was a spinoff from Merck.

51.  Comcast was a spinoff from AT&T that occurred on November 22, 2002, and was inadvertently omitted from    the Report.

52.  Intel was purchased on February 28, 1997, and was inadvertently omitted from the Report.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature      Date **May 12, 2004**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544